**1682 KALAMAZOO CASKET CO. vs. BLAKE (Secretary), No. 13153.**

To compel respondent to restore the books and records of said corporation and to allow them to remain in the business office of said company during business hours, and to afford to said corporation the free right of inspection and use of said books and records.

Ordered, without costs, December 1, 1892, that respondent produce the seal, stock book and record book at any time and place when directed by the board of directors.